**Order entered December 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00695-CR

**JAMES EDWARD ROGERS, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 28576**

## ORDER

The Court has before it appellant's December 4, 2014 motion to extend time to file his brief December 8, 2014 motion to substitute counsel. We **GRANT** the motion to substitute counsel. We **DIRECT** the Clerk to substitute John Butler as appellant's retained counsel in place of Sharita Blacknall.

We **STRIKE** the *Anders* brief filed by Ms. Blacknall on September 23, 2014.

We **GRANT** Mr. Butler's December 4, 2014 motion to extend time to file appellant's brief. We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sharita Blacknall, John Butler, and the Hunt County District Attorney's Office.

/s/     ADA BROWN
        JUSTICE
